IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BRYCE YAKISH,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT SMITH and STATE OF IOWA,<br><br>    Defendants. | Case No. C19-0120-CJW-KEM<br><br>**APPLICATION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT (UNRESISTED)** |

    COME NOW Defendants State of Iowa and Robert Smith and pursuant to the requirements of Iowa Code Section 669.9 (2021), requests this Court to enter an Order approving the compromise and settlement of this lawsuit and, in support hereof, states:

1. That Defendant State of Iowa and Plaintiff have reached an agreement to compromise and settle this lawsuit, as to all claims raised by Plaintiffs against Defendants, on terms and conditions to be disclosed to the Court with presentation of this Application.
2. Iowa Code Section 669.9 (2021) requires that any compromise and settlement of a claim by the Attorney General be approved by the Court.
3. Plaintiff is in agreement that settlement should be approved.
4. Defendants believe that the proposed compromise and settlement of this lawsuit is in the best interests of the parties and should be approved by this Court.

    **WHEREFORE,** Defendants request the Court enter an Order Approving Compromise and Settlement of this matter.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

1

/s/ NICHOLAS E. SIEFERT
NICHOLAS E. SIEFERT (AT0012993)
Assistant Attorney General
Department of Justice – Special Litigation
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, IA 50319
Phone: 515-281-6665
Fax: 515-281-4902
nick.siefert@ag.iowa.gov
ATTORNEY FOR DEFENDANTS

Filed via EDMS.

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the parties by delivery in the following manner on this date: February 19, 2021.

☐ U.S. Mail           ☐ Fax
☐ Hand Delivery       ☐ Overnight Courier
☐ Email               X Other: EDMS

/s/ Nicholas Siefert