IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BRYCE YAKISH, | CASE NO. C19-0120-KEM |
| Plaintiff, | |
| vs. | |
| ROBERT SMITH and STATE OF IOWA, | **JOINT STIPULATION FOR DISMISSAL** |
| Defendant. | |

COME NOW the parties, by counsel, and having resolved this case, stipulate to the dismissal of this action with prejudice.

By: */s/ Martin A. Diaz*
Martin A. Diaz (AT0002000)
1570 Shady Ct NW
Swisher, IA 52338
Telephone: (319) 339-4350
Fax: (319) 339-4426
marty@martindiazlawfirm.com

By: */s/ M. Victoria Cole*
M. Victoria Cole (AT0001678)
2310 Johnson Avenue, NW
Cedar Rapids, IA 52405
Telephone: (319) 261-2600
Fax: (319) 826-1281
victoria@attyvictoriacole.com

**ATTORNEYS FOR PLAINTIFF**

By: *Nicholas E. Siefert*
Nicholas E. Siefert (AT0012993)
Iowa Attorney General's Office
Hoover State Office Building
Des Moines, IA 50319
Telephone: (515) 281-6665
Fax: (319) 291-4902
nick.siefert@iowa.gov

**ATTORNEY FOR DEFENDANTS**

**Dated: March 19, 2021**